**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CASTILLO AGUILAR,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. EDCV 26-02665 MRA (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondents are ORDERED to immediately release Petitioner Juan Castillo Aguilar, A Number: 221-462-392 unless Respondents have Provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a);

(2) Respondents are ORDERED to file a notice of compliance advising how they complied with the District Court's Order within seven days;

(3) ORDERING the parties to file a joint status report within seven days informing the Court of the outcome of any bond hearing, whether any issues remain, and the parties' positions on whether additional briefing is needed on any remaining issues.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner's counsel and on counsel for Respondents.

DATED: July 17, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE