JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CASTILLO AGUILAR,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondent. | Case No. EDCV 26-2665 MRA (PVC)<br><br>**JUDGMENT** |

Pursuant to the parties' Joint Status Report stating that no issues remain in this matter in light of Petitioner's release from custody,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: July 28, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE